**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 9, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GARY A. LOWE, JR.,

    Defendant - Appellant.

No. 25-3119
(D.C. Nos. 6:24-CV-01225-JWB &
6:20-CR-10066-JWB-2)
(D. Kan.)

_____

## ORDER
_____

The court, sua sponte, directs the Clerk of Court to supplement the record in this

pro se appeal to include the following documents, including any attachments, from

district court docket No. 6-20-CR-10066-JWB-2:

1. Dkt. No. 46: Motion to Dismiss Indictment dated December 18, 2020;

2. Dkt. No. 52: Defendant's Exhibits in Support of Motion to Dismiss Indictment dated January 8, 2021;

3. Dkt. No. 54: Transcript of Motion Hearing held January 21, 2021;

4. Dkt. No. 57: Defendant's Motion to Challenge Jurisdiction and Mandamus in an Interest of Justice dated February 1, 2021;

5. Dkt. No. 137: Defendant's Motion for Omnibus Hearing before Judge Birzer dated October 27, 2021;

6. Dkt. No. 196: Motion for Omnibus Hearing dated May 3, 2022;

7. Dkt. No. 197: Motion to Dismiss for Lack of Jurisdiction dated May 3, 2022;

8. Dkt. No. 200: Motion to Suppress Detention, Arrest and Search dated May 3, 2022; and

9. Dkt. No. 211: Memorandum and Order dated May 25, 2022.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk