UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 21, 2026

Mr. Gary A. Lowe Jr.
# 08349-031
FCI - Pollock
P.O. Box 4050
Pollock, LA 71467

**RE:    25-3119, United States v. Lowe**
Dist/Ag docket: 6:24-CV-01225-JWB, 6:20-CR-10066-JWB-2

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Bryan C. Clark

CMW/art